**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEGION CONSTRUCTION, INC., and PETER A. IANUZZI, JR., <br><br> Plaintiffs, <br> v. <br><br> ROBERT A. McDONALD, <br> Secretary of Veterans Affairs, <br> In his official capacity, <br><br> JAN R. FRYE, <br> Veterans Affairs Debarring Official, <br> In his official capacity, <br><br> and <br><br> DEPARTMENT OF VETERANS AFFAIRS <br><br> Defendants. | Civ. No. 14-01045 (RMC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Allison Baker Shealy of Shulman Rogers Gandal Pordy & Ecker, P.A. as counsel for Plaintiffs in this matter. My contact information is as follows:

Allison Baker Shealy
**Shulman, Rogers, Gandal, Pordy, Ecker, P.A.**
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854
(301) 945-9283 (direct dial)
(301) 230-5200 (telephone)
(301) 230-2891 (fax)
ashealy@shulmanrogers.com

2

Respectfully submitted this fourth day of June, 2015,

　　　　/s/ Allison Baker Shealy

Allison Baker Shealy (D.C. Bar No. 48065),
**Shulman, Rogers, Gandal, Pordy, Ecker, P.A.**
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854
(301) 945-9283 (direct dial)
(301) 230-5200 (telephone)
(301) 230-2891 (fax)
ashealy@shulmanrogers.com
*Attorneys for Plaintiffs Legion Construction, Inc. and Peter A. Ianuzzi, Jr.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the following to be served by email on counsel of record, the United States Attorney's Office, by email to Assistant United States Attorney Keith Morgan at Keith.Morgan@usdoj.gov and by ECF on listed counsel:

**Shannon L. Fagan**
United States Attorney's Office for the District of Columbia
Civil Division
501 Third Street, N.W.
Washington, DC 20530
(202) 252-2575
shannon.fagan@usdoj.gov
*Counsel of Record for Defendants Robert A. McDonald, Secretary of Veterans Affairs, Jan R. Frye, Veterans Affairs Debarring Official, Department of Veterans Affairs*

      /s/ Allison Baker Shealy